IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL SNIDER, | : | Civil Action No. 4:13-CV-1226 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| TOM CORBETT, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

December 5, 2014

The undersigned has given full and independent consideration to the November 4, 2014 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 65. Plaintiff filed objections to the report and recommendation of the magistrate judge. ECF No. 71.

Judge Schwab's analysis is thorough, and the objections of the Plaintiff do nothing to cure the legal insufficiencies raised by the magistrate judge. The Court will conserve judicial resources and adopt the report and recommendation in its entirety without further comment.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The November 4, 2014 report and recommendation of Magistrate Judge Susan E. Schwab is ADOPTED.  ECF No. 65.

2. Defendant Warden Doug Shaffer is DISMISSED with prejudice.

3. Plaintiff's Motion for a Temporary Restraining Order is DENIED. ECF No. 48.

4. Plaintiff's "Motion to Preserve Elements of Original Complaint" is DENIED.  ECF No. 59.

5. The action is remanded to the magistrate judge.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge