IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL SNIDER, | : | Civil Action No. 4:13-CV-1226 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| WARDEN JACQUELINE MOTTER, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

August 4, 2016

On June 2, 2016, Magistrate Judge Schwab recommended that the Defendants' Motions to Dismiss the above captioned action be denied and the matter be allowed to proceed to discovery. The time to file objections has since passed with no objections having been filed. Accordingly, the Court has conducted an independent review of the report and recommendation of the magistrate judge, and having found it to be thorough and well-reasoned, it is adopted in its entirety without further comment. **NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

   1. The June 2, 2016 report and recommendation of Magistrate Judge Susan E. Schwab is ADOPTED. ECF No. 236.

2. Defendants' Motions to Dismiss are DENIED. ECF Nos. 224 and 226.

3. The action is remanded to Magistrate Judge Schwab for further pre-trial management.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge