# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL SNIDER, | No. 4:13-CV-01226 |
| Plaintiff. | (Judge Brann) |
| v. | |
| WARDEN JACQUELIN MOTTER, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 1st day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation prepared by Chief Magistrate Judge Susan E. Schwab, ECF No. 285, is **ADOPTED IN PART AND REJECTED IN PART** as follows:

    a. The portion of the Report and Recommendation discussing Count IV of Plaintiff's Second Amended Complaint, *id*. at 6-19, is **REJECTED.**

    b. The portion of the Report and Recommendation discussing Counts II, III, and V of Plaintiff's Second Amended Complaint, *id.* at 20-90, is **ADOPTED.**

2. The Motion for Summary Judgment filed by Plaintiff Joel Snider, ECF No. 262, is **DENIED.**

3. The Motion for Summary Judgment filed by Defendants Kyrie Andrus and Tiffany Rupert, ECF No. 255, is **GRANTED.**

4. The Motion for Summary Judgment filed by Defendant the Clinton County Correctional Facility, ECF No. 258, is **GRANTED.**

5. Upon the resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment as follows:

    a. On Count II, the Clerk of Court shall enter judgment in favor of Defendants Kyrie Andrus and Tiffany Rupert;

    b. On Count V, the Clerk of Court shall enter judgment in favor of Defendant the Clinton County Correctional Facility.

6. This matter is remanded to Chief Magistrate Judge Schwab for further pre-trial proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge