FILED
SCRANTON
NOV 07 2018
PER _____ [signature]
DEPUTY CLERK

November 1, 2018

Magistrate Judge Susan Schwab  
U.S. District Court - Middle District PA  
PO Box 1148  
Scranton, PA 18501

Joel Snider  
KZ8124  
Plaintiff  
1600 Walters Mill Road  
Somerset, PA 15510

Re: Snider v. Motter, No. 4:13-cv-1226 (M.D. Pa.):

Magistrate Judge Susan Schwab:

I am the plaintiff in Snider v. Motter, No. 4:13-cv-1226 (M.D. Pa.). Thank you for appointing and locating Counsel in this case. In the event that Attorney Morgan-Kurtz and I should have disputes which are unable to be resolved between us, because she is appointed by the Court, is there some mitigation process available for us to resolve those disputes?

Also, I would like to express to the Court that the Pennsylvania Department of Corrections has implemented a new mail policy

1

which renders Confidential Communication with an attorney completely impossible via Mail. Further in the past year since arriving at SCI-Somerset the administration has refused to allow me to have Confidential calls with an attorney for more than 15 minutes. Attorney Morgan-Kurtz has stated to me that she has been notified by Somerset administrators that calls by attorneys are not allowed under any circumstances. When attorney Morgan-Kurtz attempted to visit back in August of this year she was turned away by prison officials who claimed she was setting off the metal detector when in reality she reports not to have had anything metal on her body. These kinds of issues create an impediment to the ability of Attorney Morgan-Kurtz and I to Communicate and likely have already caused injury to my claims in this case.

Respectfully,
Joel Snider

1600 Walters Mill Rd., Somerset, PA 15510

NAME **Joel Snider**
NUMBER **KZ8104**

INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
SCRANTON
NOV 07 2018
PER ___/s/___
DEPUTY CLERK

Legal mail

PA Department of Corrections
INMATE MAIL

Magistrate Judge Susan Schwab
U.S. District Court - Middle District of PA
PO Box 1148
Scranton, PA 18501

U.S. POSTAGE >> PITNEY BOWES
ZIP 15510 $ 000.47⁰
02 1N
0001397502 NOV 05 2018

Snider v. Motter, No. 4:13-cv-01226-MWB