IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL SNIDER, | : | |
| Plaintiff | : | No. 4:13cv1226 |
| | : | |
| Vs. | : | Honorable Matthew W. Brann |
| | : | |
| WARDEN JACQUELINE MOTTER, et al., | : | (Electronically Filed) |
| | : | |
| Defendants | : | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case is dismissed with prejudice and without costs to any party as against the other.


*/s/* Robert A. Mix                           /s/ Alexandra Morgan-Kurtz

Lee, Green & Reiter, Inc.                     Attorney ID: PA 312631
155 East High Street                          Pennsylvania Institutional Law Project
Bellefonte, PA 16823                          100 Fifth Ave, Ste 900
T: (814) 355-4769                             Pittsburgh, Pa 15222
                                              T: (412) 434-6175
*Counsel for Corrections Defendants*
                                              *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL SNIDER, | : | |
| Plaintiff | : | No. 4:13cv1226 |
| | : | |
| Vs. | : | Honorable Matthew W. Brann |
| | : | |
| WARDEN JACQUELINE MOTTER, et al., | : | (Electronically Filed) |
| | : | |
| Defendants | : | |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the Court, having considered the Joint Stipulation of Dismissal filed by the parties, hereby DISMISSES this action and all claims asserted herein WITH PREJUDICE and without costs to any party as against the other.

**SO ORDERED** this \_\_\_\_ day of _____, 2019.

BY THE COURT:

_____, J.