FILED
SCRANTON
APR 2 9 2019
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joel Snider,<br>    Plaintiff, | Civil No. 4:13-CV-1226 |
| | (Judge Matthew Brann) |
| v. | (Chief Magistrate Susan Schwab) |
| Tom Corbett, et al.,<br>    Defendents. | Complaint Filed May 3, 2013 |
| | JURY TRIAL DEMANDED |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Joel Snider in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgement entered in this action on the Twenty-Seventh day of March 2019.

This notice of appeal is being filed subsequent to "Plaintiff's Motion For Relief From Final Judgement Under Fed.R.Civ.P. 60" which was filed on Apr. 24, 2019.

As a result of new security procedures implemented by the Pennsylvania Dep't of Corrections, Defendant must serve documents on Plaintiff at the following address:

    Smart Communications/PA DOC
    SCI - Houtzdale
    Joel Snider/KZ8124
    PO Box 33028
    St. Petersburg, FL 33733

The address for the courts to serve documents on Plaintiff is:

    Joel Snider
    KZ8124
    SCI - Houtzdale
    PO Box 1000
    Houtzdale, PA 16698-1000

Date: Apr. 25, 2019

Respectfully submitted,

_____
Joel Snider
KZ8124
Pro Se Plaintiff
SCI - Houtzdale
PO Box 1000
Houtzdale, PA 16698-1000

## DECLARATION OF FILING DATE

I certify that on this day I placed this "Notice Of Appeal" into the prison mailbox at SCI - Houtzdale addressed to the United States District Court for the Middle District of Pennsylvania, to be sent U.S. first class mail. Postage has been prepaid. Accordingly this "Notice Of Appeal" is filed on this day. See Fed.R.App.P. 4(c)(1); Houston v. Lack, 487 U.S. 266, 273-76 (1988) (Prisoners Mailbox Rule).

I certify that the matters alleged herein are true and correct to the best of my knowledge, information and belief, under penalty of perjury. Statements herein are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Date: Apr. 25, 2019

Joel Snider
KZ8124
Pro se Plaintiff
SCI - Houtzdale
PO Box 1000
Houtzdale, PA 16698-1000

Smart Communications/PADOC

SCI- Houtzdale

Name Joel Snider   Number KZ8124

PO Box 33028

St Petersburg FL 33733

RECEIVED
SCRANTON
APR 29 2019
legal mail PER _____
DEPUTY CLERK

Inmate Mail
PA Department of Corrections

Clerk of Court
U.S. District Court
Middle District of PA
PO Box 1148
Scranton, PA 18501